**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE EIGHTH CIRCUIT**

PAUL BERRY III,

Hearing Requested

Petitioner,

v.

Court of Appeals Docket #: 26-2948

DENNY HOSKINS,
in his official capacity as
Missouri Secretary of State,

Respondents.

**EMERGENCY MOTION TO SHOW CAUSE**

Petitioner, Paul Berry III, and upon the following accusations against the United States District Court of Eastern Missouri seeks the Chief District Judge of the United States District Court of Eastern Missouri to show cause in the underlying matter before this Court, states as follows:

**SHOW CAUSE ALLEGATIONS**

The Eighth Circuit Court of Appeals Chief Clerk sent Petitioner Berry an email requesting Petitioner Berry pay a $600 filing fee to the Court regarding an appeal Petitioner Berry filed before the Eighth Circuit Court of Appeals Chief Clerk, which states:

> "CLERK ORDER: The $605 appellate filing and docketing fee has not been paid and is due. Appellant is directed to either pay the fee in the district court or file a motion for leave to proceed in forma pauperis in the district court within 21 days of the date of this order. If appellant does not pay the fee or move for IFP status by 10/19/2026, a show cause order will be entered directing the appellant to show cause why this appeal should not be dismissed for failure to prosecute. [5688363] [26-2948] (CJO)"

The underlying salient issues is Petitioner Berry has NEVER filed before the United States District Court of Eastern Missouri any appeal addressed to the Eighth Circuit Court of Appeals in the underlying Complaint, however Petitioner Berry's Notice of Appeal filed before the Court on September 25, 2026, states as follows:

> "HERE COMES, Plaintiff Paul Berry III with his NOTICE OF APPEAL from the Order issued by United States Circuit Court Senior District Judge John A. Ross on September 25, 2026, which effectively extinguishes the injunctive and declaratory relief requested by Counts IV and VII of the underlying Complaint. Plaintiff Paul Berry III deems the Order issued by United States Circuit Court Senior District Judge John A. Ross on September 25, 2026, as a final order, and such order is being immediately appealed to the United State Supreme Court for appellate review pursuant to 28 U.S. Code § 1253."

As provided above, Petitioner Berry clearly directs his Notice of Appeal to the United States Supreme Court and not to the Eighth Circuit Court of Appeals, and Petitioner Berry charges that the United States District Court of Eastern Missouri purposefully ignored Petitioner Berry's clear and concise language provided by his Notice of Appeal, which was intended by the same to frustrate or outright deny Petitioner Berry's timely appeal before the United States Supreme Court related to the underlying Complaint.

Regardless of the characteristics of the underlying Complaint or any opinion of District Judge Ross to the contrary, the United States District Court of Eastern Missouri has ZERO administrative or judicial to take any action reserved exclusively to the United States Supreme



Appellate Case: 26-2948 Page: 2 Date Filed: 10/01/2026 Entry ID: 5689773

Court, including determining the jurisdiction of the United States Supreme Court to consider its jurisdiction to adjudicate Petitioner Berry's appeal regarding the underlying Complaint.

**Further, the administrative authority of the the United States District Court of Eastern Missouri to transmit Petitioner Berry's Notice of Appeal to the United States Supreme Court is ministerial in nature and now causes serious procedural frustration for Petitioner Berry to seek appellate judicial review of District Court Ross judicial decision sought appealed in the manner lawfully requested and demanded by Plaintiff Berry's Underlying Notice to Appeal directed to the United States Supreme Court.**

## REQUESTED SHOW CAUSE RELIEF

Petitioner Berry requests this Court on an emergency expedited basis require the United States District Court of Eastern Missouri to show cause on an emergency basis, by response from the Chief District of the United States District Court of Eastern Missouri, as to why the United States District Court of Eastern Missouri executed a request for the Eighth Circuit of the United States Court Appeals to open an appeal before this Court not requested by Petitioner Berry by his Notice of Appeal or otherwise before any Federal Court, and upon this Court's finding that the United States District Court of Eastern Missouri executed the opening of an appeal attached to the underlying Complaint without any request from Petitioner Berry whatsoever, take appropriate superintending action regarding the unlawful act of the United States District Court of Eastern Missouri opening an appeal in the name of Petitioner Berry without his authorization or legal cause whatsoever, which has now frustrated Petitioner



Appellate Case: 26-2948 Page: 3 Date Filed: 10/01/2026 Entry ID: 5689773

Berry's ability to file an immediate direct appeal with the United States Supreme Court regarding the underlying Complaint requested by Petitioner Berry's Notice of Appeal filed before the United States District Court of Eastern Missouri on September 25, 2026.

Respectfully Submitted,

Paul Berry III
Petitioner, Pro Se
1200 S. Big Bend Blvd.
St. Louis, Missouri 63117

**CERTIFICATE OF SERVICE**

A copy of the foregoing motion will be mailed to the Defendants via the United States Postal Services and will be uploaded to the Pacer court document filing system by the Eighth Circuit of the United States Court of Appeals assumed in the manner provided by its local Federal civil court docketing procedures.

Respectfully Submitted,

Paul Berry III
Plaintiff Pro Se