**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No. 26-2948

---

Paul Berry, III

Plaintiff - Appellant

v.

Denny L. Hoskins, in his official capacity as Missouri Secretary of State; State of Missouri

Defendants - Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:26-cv-01419-JAR)

---

**JUDGMENT**

Before LOKEN, STRAS, and JUSTIN D. SMITH, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction. The district court is directed to transmit the Notice of Appeal to the United States Supreme Court. Appellant's emergency motion to show cause is denied.

October 05, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Susan E. Bindler